# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDDIE SOWELL SMITH, | Case No. 2:20-cv-00060-GMN-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 44] |
| SARIBAY, et al., | |
| Defendant(s). | |

Pending before the Court is Defendants' motion to reopen the discovery period to (1) provide responses to Plaintiff's untimely discovery requests, (2) take Plaintiff's deposition, and (3) serve third-party subpoenas. Docket No. 44. Plaintiff has not filed a response to date. The Court hereby ORDERS Plaintiff to file a response to the motion by February 1, 2022.

IT IS SO ORDERED.

Dated: January 25, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1