# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EDDIE SOWELL SMITH, | Case No. 2:20-cv-00060-GMN-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket Nos. 59, 61] |
| SARIBAY, et al., | |
| Defendant(s). | |

Judgment was entered in this case two years ago. Docket No. 52. United States District Judge Gloria M. Navarro has already denied a motion to reopen the case and has ordered that "Plaintiff may not file any more documents in this closed case." Docket No. 55 at 5. Although the Court subsequently provided Plaintiff a copy of his earlier complaint, it was for the purpose of "initiat[ing] a *new* action." Docket No. 57 (emphasis added). Hence, Plaintiff is not permitted to file a complaint in this closed case.

Pending before the Court is Plaintiff's motion to proceed *in forma pauperis*, Docket No. 59, along with a proposed complaint that continues to bear this case number, Docket No. 61. In accordance with Judge Navarro's prior orders, the Court **STRIKES** these documents as improperly filed in this case. If Plaintiff wishes to pursue the same claims, he must **remove** the existing case number from all future filings so that a new case may be opened.

In light of the above, the Court also **STRIKES** the minute order regarding trust fund account information. Docket No. 60. The Clerk's Office is **INSTRUCTED** to inform the NDOC accordingly.

IT IS SO ORDERED.

Dated: July 23, 2024

Nancy J. Koppe
United States Magistrate Judge